UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

DANIEL STEVEN BERTINI,

          Defendant.

**ORDER**

**16 Cr. 682 (LAK)**

WHEREAS, with defendant DANIEL STEVEN BERTINI's consent, the defendant's admissions to certain violations of the conditions of his supervised release were made before United States Magistrate James L. Cott on March 27, 2024;

WHEREAS, a transcript of the aforementioned admissions was made and thereafter was transmitted to the District Court;

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered his admissions knowingly and voluntarily and that there was a factual basis for the admissions;

IT IS HEREBY ORDERED that the defendant's admissions are accepted.

**SO ORDERED:**

Dated:    New York, New York
            September ____, 2024

_____
HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

10/1/24